IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **DARRELL MILLER**<br><br>Plaintiff,<br><br>vs.<br><br>**KOCH FOODS OF CUMMING, LLC**,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 2:13-cv-00149 |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

Respectfully submitted this 13th day of November, 2013.

s/ Craig Nydick                                   s/ Kathryn J. Hinton

1

| | |
|---|---|
| Craig Nydick, Esq.<br>Georgia Bar No. 760565<br>Jeff Kerr, Esq.<br>Georgia Bar No. 634260<br><br>MAYS & KERR LLC<br>235 Peachtree Street NE<br>North Tower \| Suite 202<br>Atlanta, Georgia 30303<br>Telephone:  (404) 410-7998<br>Facsimile:    (404) 855-4066<br>jeff@maysandkerr.com<br>craig@maysandkerr.com<br><br>Counsel for Plaintiff | Kathryn J. Hinton, Esq.<br>Georgia Bar No. 542930<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br><br>3414 Peachtree Road NE<br>Monarch Plaza, Suite 1600<br>Atlanta, GA 30326-1164<br>Telephone: 404-223-2216<br>Fax: 678-406-8836<br>khinton@bakerdonelson.com<br><br>Russell W. Gray<br>TN Bar No. 16120<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>1800 Republic Centre<br>638 Chestnut Street, Suite 1800<br>Chattanooga, TN 37450<br>rgray@bakerdonelson.com<br>*Admitted pro hac vice*<br><br>Counsel for Defendant |

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in local rule 5.1(C) and 7.1(D).

This 13th day of November, 2013.

/s/ Craig Nydick
Craig Nydick, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Joint Stipulation of Dismissal* by filing the same using the Court's ECF system, which will automatically send notification to the following attorneys of record:

Kathryn J. Hinton
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road NE
Monarch Plaza, Suite 1600
Atlanta, GA 30326-1164
khinton@bakerdonelson.com

Russell W. Gray
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
638 Chestnut Street, Suite 1800
Chattanooga, TN 37450
rgray@bakerdonelson.com

This 13th day of November, 2013.

/s/ Craig Nydick
Craig Nydick, Esq.